# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATASHA WARD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the Social | : | No. 12-4211 |
| Security Administration, | : | |
| Defendant. | : | |

## ORDER

**LEGROME D. DAVIS, J.**

AND NOW, this 7th day of January 2014, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.